
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Hadassa Waxman
Member of the Firm
d +1.212.969.3040
f 212.969.2900
Hwaxman@proskauer.com
www.proskauer.com

November 1, 2024

**Via ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
The request for an extension of time is
granted.  Mr. Saadia shall satisfy the
conditions of his bail no later than
November 7, 2024.  SO ORDERED.

11/04/24                  _____
                          LORETTA A. PRESKA, U.S.D.J.
```

Re:   *United States v. Salim Saadia*, 24 Cr. 612 (LAP)

Dear Judge Preska:

We respectfully submit this letter to request that the time for Mr. Saadia to satisfy his bail conditions be extended from today, November 1, 2024, until November 7, 2024. The government has interviewed and approved the individuals who will co-sign Mr. Saadia's bond and is currently in the process of evaluating financial statements related to the property that Mr. Saadia intends to put up to secure the bond. We have consulted with the government who consents to this application.

We thank Your Honor for her consideration.

Respectfully submitted,

/s/ Hadassa Waxman
Hadassa Waxman
*Counsel to Salim Saadia*

cc:   Matthew King, AUSA
      William Kinder, AUSA
      Georgia Kostopoulos, AUSA