Proskauer Rose LLP | 11 Times Square | New York, NY 10036

Hadassa Waxman
Member of the Firm
d +1.212.969.3040
f 212.969.2900
HWaxman@proskauer.com
www.proskauer.com

December 30, 2024

**Via ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Salim Saadia*, 24 Cr. 612 (LAP)

Dear Judge Preska:

We respectfully submit this letter to request permission for Mr. Salim Saadia to travel from New York to Miami, Florida from January 16, 2025, through January 26, 2025, to visit with family. Pretrial Services and the government consent to this request. If approved, Mr. Saadia will provide his Pretrial Office with copies of his plane tickets and travel itinerary.

We thank the Court for its consideration and are prepared to provide any additional information that may be helpful.

Respectfully submitted,

/s/ Hadassa Waxman
Hadassa Waxman
*Counsel to Salim Saadia*

cc:    Matthew King, AUSA
Georgia Kostopoulos, AUSA
William Kinder, AUSA
Jazzlyn Harris, USPO

Defendant's request to travel is
granted.    **SO ORDERED.**

Loretta A. Preska
United States District Judge

December 30, 2024
New York, New York