**Proskauer**  Proskauer Rose LLP | 11 Times Square | New York, NY 10036

Hadassa Waxman
Member of the Firm
d +1.212.969.3040
f 212.969.2900
HWaxman@proskauer.com
www.proskauer.com

September 10, 2025

**Via ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Salim Saadia et al*, 24 Cr. 612 (LAP)

Dear Judge Preska:

We respectfully submit this letter to request permission for Mr. Salim Saadia to travel from New York to Punta Cana, Dominican Republic from January 15, 2026, through January 25, 2026. If the application is granted, Mr. Saadia will travel with his immediate and extended family to celebrate the Bar Mitzvah of his son. I have spoken with Pretrial Services who have no objection to the proposed travel. The Pretrial Officer also reports that Mr. Saadia has been completely compliant with the terms and conditions of his pretrial release. The government has no objection to this application.

If approved, Mr. Saadia will provide his Pretrial Officer with copies of the tickets and proposed travel itinerary. In addition, Mr. Saadia's passport, which is currently being held by Pretrial Services, will need to be returned to him temporarily. As such, if the Court grants this application, we respectfully request that any order include permission for Mr. Saadia to have his passport for purposes of this trip only. He will return the passport to his Pretrial Officer within twenty-four hours of his return.

We thank the Court for its consideration and are prepared to provide any additional information that may be helpful.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/15/25

Respectfully submitted,

/s/ Hadassa Waxman
Hadassa Waxman
*Counsel to Salim Saadia*