# ALAN S. FUTERFAS
ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
STEPHANIE GUABA

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

October 17, 2025

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Ravi Allahab, 24-cr-00612 (LAP)

Dear Judge Preska:

This letter is respectfully submitted on behalf of defendants Ravi Allahab and Salim Saadia to request that the pretrial conference currently scheduled for October 21, 2025 at 10:30 A.M., be adjourned for a period of thirty days to permit the defendants and their counsel to review discovery, and determine whether pretrial motions are appropriate. Counsel was unable to confer with the clients for several weeks in September and October due to religious holidays resulting in delay. The discovery is voluminous and complex and requires review with the clients. This is the parties fourth request for an adjournment. Your Honor has granted the three prior requests. The government does not object to this adjournment. The defendants consent to the exclusion of time pursuant to the Speedy Trial Act.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Alan S. Futerfas
*Counsel to Ravi Allahab*

```
The request is granted. The conference is
adjourned to December 11, 2025 at 1:00 p.m.
and time is excluded until then under the
Speedy Trial Act. The Clerk of the Court
shall close dkt. no. 52. SO ORDERED.
```

*[signature: Loretta A. Preska]*

Loretta A. Preska
United States District Judge

October 20, 2025
New York, New York

cc:   All counsel (via ECF)