UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SALIM SAADIA,

Defendant

24-CR-612 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Defendant Saadia shall appear for a change-of-plea hearing on August 6, 2026.

**SO ORDERED.**

Dated: July 22, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge