Lowenstein Sandler

**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

T: (212) 419-5876
F: (973) 597-2400
E: rmaimin@lowenstein.com

October 14, 2026

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Salim Saadia, Ravi Allahab, and Joseph Akiva Jr.***
**S5 24 Cr. 612 (LAP)**

Dear Judge Preska:

We respectfully submit this letter on behalf of our client Joseph Akiva, jointly with the other two defendants in this case and on consent of the Government, to request adjournments of the defendants' sentencings to January 2027 or thereafter at the Court's convenience, along with corresponding extensions of the related Presentence Reports and sentencing submission deadlines. Our firm was recently retained to assist with Mr. Akiva's sentencing, and the requested adjournment would afford us sufficient time to review the facts of the case, assess potential objections to Mr. Akiva's draft Presentence report, and prepare a sentencing submission on Mr. Akiva's behalf. Counsel for the two other co-defendants, Mr. Saadia and Mr. Allahab, would likewise benefit from additional time to prepare for sentencing.

Mr. Saadia's and Mr. Allahab's sentencings are currently scheduled for November 9, 2026. Mr. Akiva's sentencing is currently scheduled for December 8, 2026. We jointly request an adjournment until a date in January 2027 or thereafter at Your Honor's convenience. AUSA King has advised that, while the Government does not object to the requested adjournment, he will be on trial from November 30 through December 18, 2026, and respectfully requests that no sentencing be scheduled during that period. Counsel for one co-defendant (Allahab) is scheduled to begin an estimated three-week trial on January 11, 2027. In light of these conflicts, and subject to the Court's availability, the parties respectfully propose that the sentencings proceed in mid-January 2027 in the following order: Mr. Saadia first, Mr. Akiva second, and Mr. Allahab third. Specifically, the parties propose:

| **Defendant** | **Current Sentencing Date** | **Proposed Sentencing Date** |
|---|---|---|
| Salim Saadia | November 9, 2026 | January 12, 2027 |
| Joseph Akiva Jr. | December 8, 2026 | January 13, 2027 |

October 14, 2026

| | | |
|---|---|---|
| Ravi Allahab | November 9, 2026 | February 1-3, 2027 |

The Probation Office has advised that any extension of time to submit PSR objections must come from the Court and must include a commensurate extension of the second disclosure date. Accordingly, the parties further respectfully request that the Court set the following deadlines for each defendant:

- Defense objections to the draft PSR: November 13, 2026
- Second disclosure of the PSR: December 1, 2026
- Defense sentencing submissions: December 30, 2026
- Government sentencing submissions: January 6, 2027

This is the first request for an adjournment of Mr. Akiva's sentencing. We have conferred with the Probation Office and will keep it informed of the Court's ruling on this request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Rachel Maimin*
Rachel Maimin

RM:am
cc: All counsel of record (via ECF)
U.S. Probation Officer Specialist Nicolo L. DiMaria (via email)

50936/2
10/13/2026 320575656.1

Mr. Saadia's sentencing is adjourned to January 12, 2027 at 11:00 AM.

Mr. Akiva's sentencing is adjourned to January 13, 2027 at 11:00 AM.

Mr. Allahab's sentencing is adjourned to February 8, 2027 at 11:00 AM. **SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

October 16, 2026